1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT
9                      CENTRAL DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,   )   Case No.: CR 08-1274
11                Plaintiff,     )
12                               )
     v.                          )   ORDER OF DETENTION
13   Emmit Jones,                )
14                               )
                  Defendant.     )
15   _____)

16      On motion by the government for pre-trial detention, the Court finds that no
17   condition or combination of conditions will reasonably assure the appearance of
18   defendant as required ~~(or the safety of any person or the community)~~.
19      The Court has considered the nature and circumstances of the offense(s); the
20   weight of evidence against the defendant; the history and characteristics of the
21   defendant; and the nature and seriousness of the danger to any person or the
22   community as set forth in 18 USC § 3142(g).
23      The Court bases the foregoing findings on the defendant's non-objection to pre-
24   trial detention and the Pretrial Services Report/Recommendation. ~~(The defendant also
25   has not rebutted the presumption provided by statute)~~.
26      IT IS THEREFORE ORDERED that defendant be detained without prejudice prior
27   to trial/~~revocation hearing~~.
28

**ORDER OF DETENTION**

1    IT IS FURTHER ORDERED that defendant be committed to the custody of the
2  Attorney General for confinement in a corrections facility separate, to the extent
3  practicable, from persons awaiting or serving sentences or being held in custody
4  pending appeal; that defendant be afforded reasonable opportunity for private
5  consultation with counsel; and that, on order of a Court of the United States or on
6  request of any attorney for the government, the person in charge of the corrections
7  facility in which defendant is confined deliver defendant to a United States Marshal
8  for the purpose of any appearance in connection with a Court proceeding. This order
9  is made without prejudice to reconsideration.

10
11 Dated: 11/21/08
12                                       HONORABLE OSWALD PARADA
                                         United States Magistrate Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28